COURTROOM DEPUTY MINUTES          DATE: JULY 12, 2005
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 2:38 - 2:47

☒ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☒ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE VANZETTA P. MCPHERSON DEPUTY CLERK: WANDA STINSON

CASE NO. 2:05CR151-T-CSC                DEFT. NAME: JESSICA SINGLTON

USA: Terry Moorer                       ATTY: Leslie Smith

                                        Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
                                        ( ) Stand In ONLY

USPTSO/USPO: Darren Martin

Defendant _____ does ___✓___ does NOT need an interpreter

Interpreter present ___✓___ NO _____ YES    NAME:_____

---

| | |
|---|---|
| ☒ kars. | Date of Arrest 7/14/05 or ☐ karsr40 |
| ☒ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| ☐ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☒ | Requests appointed Counsel ☒ ORAL MOTION for Appointment of Counsel |
| ☒ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☒ koappted | ORAL ORDER appointing Community Defender Organization - Notice to be filed. |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | Detention Hearing ☐ held; ☐ set for _____ at _____ |
| ☐ kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐ kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| ☒ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☒ kbnd. | ☐BOND EXECUTED (M/D AL charges) $25,000 . Deft released (kloc LR) |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. ORDERED REMOVED to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury. |
| ☒ karr. | ARRAIGNMENT SET FOR: _____ ☒HELD. Plea of NOT GUILTY entered. |
| | ☒Set for 10/12/05 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: 7/15/05 |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| ☒ kwvspt | Waiver of Speedy Trial Act Rights Executed |