IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr151-T |
| | ) | |
| JESSICA SINGLETON | ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of Defendant, Jessica Singleton, in the above-styled case.

Dated this 21st day of July 2005.

>Respectfully submitted,
>
>s/Jennifer A. Hart
>**JENNIFER A. HART**
>FEDERAL DEFENDERS
>MIDDLE DISTRICT OF ALABAMA
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>jennifer_hart@fd.org
>AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Brown Hardwick, Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                        Respectfully submitted,

                                        s/Jennifer A. Hart
                                        **JENNIFER A. HART**
                                        FEDERAL DEFENDERS
                                        MIDDLE DISTRICT OF ALABAMA
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        jennifer_hart@fd.org
                                        AL Bar Code: HAR189