**COURTROOM DEPUTY MINUTES**  DATE: AUGUST 9, 2005

**MIDDLE DISTRICT OF ALABAMA**  DIGITAL RECORDED: 1:08 - 1:08

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY  **DEPUTY CLERK:** WANDA STINSON
**CASE NUMBER:** 2:05CR151-T-CSC  **DEFENDANT NAME:** JESSICA SINGLETON

### APPEARANCES

GOVERNMENT | DEFENDANT
ATTY. TOMMIE HARDWICK | ATTY. JENNIFER HART

☒ **DISCOVERY STATUS:** Completed

☐ **PENDING MOTION STATUS:** Govt. Motion to Amend Typographical Error.

☐ **PLEA STATUS:**

☐ **TRIAL STATUS:**

☒ **REMARKS:** Deft will apply to pretrial Diversion. Court will continue pretrial conf. to 9/19/05.