IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:05cr151-T |
| | ) |
| JESSICA SINGLETON | ) |

**DEFENDANT JESSICA SINGLETON'S RESPONSE TO GOVERNMENT'S MOTION TO CORRECT TYPOGRAPHICAL ERROR**

**COMES NOW** the Defendant Jessica Singleton, by and through counsel, Jennifer A. Hart, and states that she does not oppose the government's *Motion to Correct Typographical Error* (filed July 20, 2005; Doc. 29). The correction is made to Count 4 of the Indictment. Jessica Singleton is not named in that Count.

Dated this 12th day of August 2005.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Brown Hardwick, Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189