| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  SEPTEMBER 19, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:  1:22 - 1:25** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>   **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:**  <u>2:05CR151-T-CSC</u>   **DEFENDANT NAME:** <u>JESSICA SINGLETON</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. JENNIFER HART |

√   **DISCOVERY STATUS: NONE.**

_____
_____

√   **PENDING MOTION STATUS: NONE.   Deft will file a motion to have case continued.**

_____

❏   **PLEA STATUS:**

_____
_____

√   **TRIAL STATUS:  WILL TAKE 3 DAYS FOR TRIAL.  APPLICATION TO PRETRIAL DIVERSION IS PENDING.**

_____
_____

❏   **REMARKS:**

_____
_____