IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr151-T |
| | ) | |
| JESSICA SINGLETON | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Jessica Singleton, by and through undersigned counsel and respectfully moves this Court to continue the trial of this action from the present trial date of October 12, 2005, until a later date to allow for the consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1. Undersigned counsel has filed a request for Pretrial Diversion

2. The parties do not believe this case will go to trial and continuing it to the January 2006 trial term will allow the parties to resolve the case by plea agreement should pretrial diversion be denied.

3. The co-defendants in this case, Charles and Mary Bobo have both moved to continue this case to the January trial term.

4. Defendant's Speedy Trial Waiver is attached to this motion.

5. The United States, through Assistant United States Attorney, Tommie Hardwick, has no opposition to this requested continuance.

6. Requests for a continuance are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). A continuance to consider pretrial diversion would serve the ends

of justice. "The subject of pre-trial diversion is one of enormous importance in the administration of justice, both in avoiding needless clogging of the courts for the cases that really identify a social...problem rather than a legal problem, and for the more effective protection of society through rehabilitation of the individuals involved in those cases ." *United States v. Moore*, 486 F.2d 1139, 1193 (D.C. Cir. 1973).

WHEREFORE, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama   36104

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189