| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: NOVEMBER 14, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:04P.M. TO 1:05P.M. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR151-T-CSC    **DEFENDANT NAME:** JESSICA SINGLETON

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. JENNIFER HART |

☐   **DISCOVERY STATUS:**

_____

_____

√   **PENDING MOTION STATUS:** NONE.

_____

√   **PLEA STATUS:**   Possible plea. Plea agreement in works.

_____

_____

√ **TRIAL STATUS:**   Case will not go to trial.

_____

_____

√   **REMARKS:** Parties advised to file notice ASAP.

_____

_____