IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN 19  P 12: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CR. NO. 2:05cr151-LSC |
| ) | [21 USC 843(b); |
| ) | 18 USC 2] |
| JESSICA SINGLETON ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

That on or about April 24, 2003, in Covington County, Alabama, within the Middle District of Alabama,

JESSICA SINGLETON,

defendant herein, while aiding and abetting another person, did knowingly use a telephone, to facilitate the sale of pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture methamphetamine. All in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

_/s/ Leura G. Canary_
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_/s/ Tommie Brown Hardwick_
TOMMIE BROWN HARDWICK
Assistant United States Attorney