# *United States District Court*

__MIDDLE__ _____ **DISTRICT OF** _____ **ALABAMA** _____

**UNITED STATES OF AMERICA**

v.

**JESSICA SINGLETON**

### WAIVER OF INDICTMENT

CASE NUMBER:  `2:05CR151-MHT-CSC`

I, ___Jessica Singleton_____, the above named defendant, who is accused of

VIOLATION OF TITLE 21 USC § 843(b) & 18 USC 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on_____ prosecution by indictment and consent that the
                                            *Date*

proceeding may be by information rather than by indictment.

_Jessica S_____
                        *Defendant*

_Jennifer A. Hart_____
                        *Counsel for Defendant*

Before _____
           *Judicial Officer*