IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR151-T-CSC |
| | ) | |
| JESSICA SINGLETON | ) | |

## CONSENT

I, **Jessica Singleton**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 20th day of January, 2006.

_____
Defendant

_____
Attorney