COURTROOM DEPUTY MINUTES  DATE: <u>  1/20/06  </u>  FTR RECORDING: <u>2:00 - 2:13 - 2:23 - 2:56</u>

MIDDLE DISTRICT OF ALABAMA      COURT REPORTER: <u>JAMES DICKENS</u>

❏ ARRAIGNMENT   √ CHANGE OF PLEA   ❏ CONSENT PLEA

❏ RULE 44(c) HEARING   ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*   **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** *2:05CR151*-MHT-CSC   **DEFENDANT NAME:** <u>JESSICA SINGLETON</u>

**AUSA:** <u>TOMMIE HARDWICK</u>   **DEFENDANT ATTY:** *JENNIFER HART*

Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO

**USPO:** <u>LESLIE CRAFT</u>

Defendant ___ does   √   does NOT need and interpreter.

Interpreter present?   √   NO   ___ YES   Name: _____

---

❏   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏   Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏   **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏   **WAIVER OF INDICTMENT** executed and filed.

❏   **FELONY INFORMATION** filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) <u>  1  </u>   of the **Felony Information.**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏   No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ ORDERED SEALED.

√   **ORAL ORDER** Adjudicating defendant guilty.

√   **ORDER:** Defendant Continued under √ same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order

❏   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.