## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:05cr151-MHT |
| | ) |
| JESSICA SINGLETON | ) |

### UNOPPOSED MOTION TO RESCHEDULE
### SENTENCING HEARING

NOW COMES the Defendant, Jessica Singleton, by and through undersigned counsel, Jennifer A. Hart, and respectfully moves the Court for an order rescheduling the Sentencing Hearing, which is presently scheduled for May 30, 2006. As grounds for granting this Motion, Defendant would show:

1. Undersigned counsel will be attending an Advanced Assistant Federal Defender training from May 30 through June 2, 2006 in San Francisco, California. The training is a once-a-year event and is not offered at any other time.

2. The parties to this case have discussed this scheduling conflict and agree that they can be prepared for sentencing on an earlier date. The parties have already received an initial Presentence Report.

3. It is the understanding of the parties that the Court will be conducting sentencing hearings on May 24, 2006, and the parties respectfully request that Ms. Singleton's sentencing be scheduled for that date.

**WHEREFORE**, for the forgoing reasons, the Defendant respectfully requests that this Court reschedule her sentencing hearing, presently set for May 30, 2006, to May 24, 2006 or any other convenient date.

Respectfully submitted this 25th day of April, 2006.

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama   36104

                                              s/Jennifer A. Hart
                                              **JENNIFER A. HART**
                                              FEDERAL DEFENDERS
                                              MIDDLE DISTRICT OF ALABAMA
                                              201 Monroe Street, Suite 407
                                              Montgomery, AL 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              jennifer_hart@fd.org
                                              AL Bar Code: HAR189