IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 2:05cr151-LSC |
| ) | |
| JESSICA SINGLETON ) | |

## UNOPPOSED MOTION TO RESCHEDULE SENTENCING HEARING

NOW COMES the Defendant, Jessica Singleton, by and through undersigned counsel, Jennifer A. Hart, and respectfully moves the Court for an order rescheduling the Sentencing Hearing, which is presently scheduled for May 30, 2006. As grounds for granting this Motion, Defendant would show:

1. Undersigned counsel will be attending an Advanced Assistant Federal Defender training from May 30 through June 2, 2006 in San Francisco, California. The training is a once-a-year event and is not offered at any other time.

2. The parties to this case have discussed this scheduling conflict and agree that they can be prepared for sentencing on an earlier date. The parties have already received an initial Presentence Report.

3. It is the understanding of the parties that the Court will be conducting sentencing hearings on May 24, 2006, and the parties respectfully request that Ms. Singleton's sentencing be scheduled for that date.

WHEREFORE, for the forgoing reasons, the Defendant respectfully requests that this Court reschedule her sentencing hearing, presently set for May 30, 2006, to May 24, 2006 or any other convenient date.

**MOTION GRANTED**

THIS 2nd DAY OF May, 2006

/s/ L. Scott Coogler
UNITED STATES DISTRICT [JUDGE]