**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:05cr151-LSC** |
| | ) | |
| **JESSICA SINGLETON** | ) | |

**MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant, Jessica Singleton, by and through undersigned counsel, Jennifer A. Hart, and respectfully moves the Court for an order continuing the Sentencing Hearing, which is presently scheduled for June 30, 2006 to a later date. As grounds for granting this Motion, Defendant would show:

1.      This week, undersigned counsel learned of information which may be relative to the sentencing of Jessica Singleton. Ms. Singleton is a law enforcement witness in a pending criminal investigation involving members of her family. An officer with the Bay County Sheriff's Department has confirmed this information and has informed the undersigned counsel that Ms. Singleton testimony is needed in his investigation into very serious allegation of physical and sexual child abuse. (Ms. Singleton can testify as both a witness to and a victim of such abuse).

2.      Ms. Singleton lives in Mexico Beach, Florida and counsel desires the opportunity to investigate this new information.

3.      The undersigned counsel and an investigator from the Federal Defender Office plan to travel to Florida on Sunday, June 25, 2006 to meet with potential sentencing witnesses. It is estimated that this investigation will take several days.

4.      Counsel for the Government was not available to comment on whether the

Government opposes a continuance.

WHEREFORE, for the forgoing reasons, the Defendant respectfully requests that this Court continue her sentencing hearing, presently set for June 30, 2006, to a date approximately 2 weeks later than the currently scheduled date, or to any other convenient date to allow this potentially relevant information to be investigated.

Respectfully submitted this 23rd day of June, 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama   36104

<div style="margin-left:45%">

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

</div>