IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MOTION DENIED**

THIS 26 DAY OF June, 2006,

/s/ L. Scott Coogler
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05cr151-LSC |
| ) | |
| JESSICA SINGLETON ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Jessica Singleton, by and through undersigned counsel, Jennifer A. Hart, and respectfully moves the Court for an order continuing the Sentencing Hearing, which is presently scheduled for June 30, 2006 to a later date. As grounds for granting this Motion, Defendant would show:

1. This week, undersigned counsel learned of information which may be relative to the sentencing of Jessica Singleton. Ms. Singleton is a law enforcement witness in a pending criminal investigation involving members of her family. An officer with the Bay County Sheriff's Department has confirmed this information and has informed the undersigned counsel that Ms. Singleton testimony is needed in his investigation into very serious allegation of physical and sexual child abuse. (Ms. Singleton can testify as both a witness to and a victim of such abuse).

2. Ms. Singleton lives in Mexico Beach, Florida and counsel desires the opportunity to investigate this new information.

3. The undersigned counsel and an investigator from the Federal Defender Office plan to travel to Florida on Sunday, June 25, 2006 to meet with potential sentencing witnesses. It is estimated that this investigation will take several days.

4. Counsel for the Government was not available to comment on whether the