AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: JESSICA SINGLETON
Case Number: 2:05-CR-0151-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY FOUR (24) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the 500 hour intensive drug treatment program and be housed as close as possible to her family in Panama City, Florida. The drug treatment should take first priority.

The defendant shall surrender to the United States marshal for this district or to the designated facility by 12:00 Noon on July 28, 2006.

SEP 11 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on  9-1-06  to  FPC Alderson  at  Alderson WV
_____, with a certified copy of this Judgment.

_____Deborah A Hickey Warden_____
United States Marshal

By  _____
Deputy Marshal