| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| TRANSFER OF JURISDICTION | 2:05cr151-MHT-003 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JESSICA SINGLETON | Middle District of Alabama | Northern |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable L. Scott Coogler | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | April 23, 2008 | April 22, 2009 |

RECEIVED 2008 JUL -9 P 12:33 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT AL

**OFFENSE**
Using a Telephone to Facilitate the Sale of Pseudoephedrine; aiding and abetting, 18 U.S.C. § 2 and 21 U.S.C. § 843(b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____MIDDLE____ DISTRICT OF ____ALABAMA____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Southern District of Alabama____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5/27/2008_  _____
Date                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Southern____ DISTRICT OF ____Alabama____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6-19-08_   _Callie V. S. Granade_
Effective Date              United States District Judge